**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINCY LAMON IVY,<br><br>Plaintiff,<br><br>v.<br><br>MARGRET MIMS, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-00633-EPG (PC)<br><br>ORDER REQUIRING UPDATED ADDRESS |

    Plaintiff Quincy Lamon Ivy ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the complaint commencing this action on May 4, 2020. (ECF No. 1). In his complaint, he indicates that his expected release date from Fresno County Jail is May 14 or 16. (ECF No. 1 at 9). On May 13, 2020, Plaintiff filed a Notice of Change of Address, indicating his address remains at Fresno County Jail. (ECF No. 6).

    In light of Plaintiff's statement that he expected to be released on May 14 or May 16, the Court recently searched for Plaintiff on the Fresno Sheriff's online inmate locator tool but could not locate Plaintiff. Therefore, it appears Plaintiff has been released from custody. Plaintiff has not updated his address with a current address.

    Plaintiff is reminded that under Local Rule 183(b) that he is obligated to keep his address

1

current:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Local Rule 183(b).

The Court notes Plaintiff has been warned of this issue before. *See Ivy v. Mims*, No. 1:18-cv-01434-LJO-EPG, ECF No. 12 (E.D. Cal. June 5, 2019) (dismissing action for failure to keep address current as required by local rules).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall provide the Court with an updated address within thirty (30) days from the date of service of this Order.
2. Failure to comply with this order may result in the dismissal of this action, without prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:  **July 21, 2020**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE