UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY LAMON IVY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGRET MIMS, et al.,<br><br>　　　　　　Defendants. | No.  1:20-cv-00633-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9)<br><br>ORDER FOR CLERK TO ASSIGN DISTRICT JUDGE AND CLOSE CASE |

　　　　Plaintiff Quincy Lamon Ivy ("plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this action on May 4, 2020.  (Doc. No. 1).  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 22, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice, based on Plaintiff's failure to prosecute this case" and "[t]he Clerk of Court be directed to close this case. (Doc No. 9 at 3).

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

1  court finds the findings and recommendations to be supported by the record and proper analysis.

2      Accordingly, THE COURT HEREBY ORDERS that:

3      1.      The findings and recommendations issued by Magistrate Judge Erica P. Grosjean
4           on October 22, 2020, (Doc. No. 9) are ADOPTED IN FULL;

5      2.      This action is DISMISSED, WITHOUT PREJUDICE, based on plaintiff's failure
6           to prosecute; and

7      3.      The Clerk of Court is directed to assign a district judge to this case for the purpose
8           of closing the case and then to close this case.

9  IT IS SO ORDERED.

10   Dated:   **November 17, 2020**

                                                 UNITED STATES DISTRICT JUDGE